FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAY 21 AM 10: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 8:15CR161 |
| | ) | |
| VICTOR RAY MILLER, | ) | INDICTMENT |
| | ) | [18 U.S.C. §1153 |
| Defendant, | ) | Neb. Rev. Stat. §28-707(1)(a) & (5)] |

The Grand Jury charges:

## COUNT I

On or about the 27th day of October, ~~2015~~ 2014 DRS, in the District of Nebraska, within the confines of the Omaha Indian Reservation, the Defendant, VICTOR RAY MILLER, a Native American, did negligently cause and permit a child, H.M., a Native American child who was 14 months of age, to be placed in a situation that endangered H.M's life or physical health and which did result in serious bodily injury, in that the defendant, VICTOR RAY MILLER, left a quantity of methamphetamine unattended and accessible to ~~M.H.~~ H.M. DRS who subsequently ingested said methamphetamine.

In violation of Title 18, United States Code, Section 1153 and Nebraska Revised Statute Section 28-707(1)(a) & (5).

A TRUE BILL:

███████████
FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this court.

DOUGLAS R. SEMISCH
Assistant United States Attorney